IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02359-RPM

JOHN CHLEBUS,

        Plaintiff,

v.

TIME INSURANCE COMPANY,

        Defendant.
_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the pretrial conference convened today, it is

ORDERED that this matter is set for trial to jury on **February 5, 2007, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED: June 22nd , 2006

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch
                                  Senior District Judge