**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  November 21, 2006
Courtroom Deputy:      J. Chris Smith
FTR Technician:        Kathy Terasaki

_____

Civil Action No. 05-cv-02359-RPM

JOHN CHLEBUS,                                           Donald R. Jones

      Plaintiff,

v.

TIME INSURANCE COMPANY,                                 Jack M. Englert

      Defendant.
_____

**COURTROOM MINUTES**
_____

**Motion Hearing**

**10:05 a.m.     Court in session.**

Court's preliminary remarks.

10:07 a.m.     Argument by Mr. Englert.

10:12 a.m.     Argument by Mr. Jones.

10:17 a.m.     Further argument by Mr. Englert.

**ORDERED:     Plaintiff's Motion to Conduct Additional Discovery, filed November 7, 2006 [25], is granted, plaintiff permitted to conduct Rule 30 (b) (6) depositions with respect to the panel and who they were, documents used during depositions shall be available to counsel and defendant shall provide its underwriting criteria for setting premiums for policies at issue.**

**10:25 a.m.     Court in recess.**

Hearing concluded.  Total time: 20 min.