IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02359-RPM

JOHN CHLEBUS,

        Plaintiff,

v.

TIME INSURANCE COMPANY,

        Defendant.
_____

ORDER ON STIPULATION TO DISMISS
_____

On January 12, 2007, the parties filed a Stipulation to Dismiss Case with Prejudice (Doc. #30) with the additional request that this Court condition dismissal upon compliance with a settlement agreement and retain jurisdiction for enforcement of the settlement agreement.  The settlement agreement has not been provided and the effect of the request is to ask this Court to enter an order with no awareness of its provisions or consequences of its violation.  In this Court's view, a settlement agreement is a contract and a violation of a contract is subject to a legal remedy in any court of competent jurisdiction.  Because of the condition in the stipulation, it is

    ORDERED that the requested order is denied.

    DATED: January 16th, 2007.

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch
                            Senior District Judge