IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-02359-RPM

JOHN CHLEBUS,

        Plaintiff,

v.

TIME INSURANCE COMPANY,

        Defendant.
_____

## ORDER OF DISMISSAL
_____

Pursuant to the Amended Joint Stipulation for Dismissal of Case with Prejudice (Doc. #32), filed on January 17, 2007, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney fees.

DATED: January 18th, 2007.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch
Senior District Judge